UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PAUL HYDE, an individual,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>AEROTEK, INC., A MARYLAND CORPORATION; SMITHFIELD FOODS, INC., A VIRGINIA CORPORATION AND DOES 1 THROUGH 50, INCLUSIVE,<br><br>　　　　Defendants. | Case No. 5:19-cv-01489-PA-SHK<br>[Assigned to the Hon. Percy Anderson, Courtroom No. 9A]<br><br>**ORDER GRANTING STIPULATION TO DISMISS CASE WITH PREJUDICE**<br><br>**[Stipulation Filed and Served Concurrently Herewith]**<br><br>Complaint 06/21/2019<br>Trial Date: 06/02/2020 |

[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS CASE

**ORDER**

The Court, having considered the Stipulation to Dismiss Case with Prejudice, and good cause appearing, hereby ORDERS THAT:

1. This case as to all defendants and all causes of action is dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1);
2. Each party is to bear its own attorneys' fees and costs; and
3. All future hearings are taken off calendar.

**IT IS SO ORDERED.**

Date: __April 29, 2020__                    _____
                                             Hon. Percy Anderson
                                             United States District Court

- 1 -
[PROPOSED] ORDER GRANTING STIPULATION TO DISMISS CASE